IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| Glenwood Cory, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. |
| | ) 11-4316-CV-C-JTM |
| Carolyn W. Colvin, | ) |
| Defendant. | ) |

# **O R D E R**

On Wednesday, April 3, 2013, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed July 27, 2012, [Doc. 8] and the *Brief For Defendant*, filed October 11, 2012, [Doc. 11]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the April 3, 2012 oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

          */s/ John T. Maughmer*
          **JOHN T. MAUGHMER**
          **U. S. MAGISTRATE JUDGE**